AO 442 (Rev 11 11) Arrest Warrant
(DC 6/6 16)

170050

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
| V. | ) |
| | ) Case No. 0090 1:16CR00215-001 |
| James Cherry | ) |
| | ) |
| | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

(name of person to be arrested) James Cherry

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached petiton.

Date: 2/16 2021

City and State: Washington, DC

D. Jones-Patterson
Printed Name and Title

### Return

This warrant was received on (date) 2/16/2021, and the person was arrested on (date) 2/20/2025
at (city and state) Washington, DC

Date: 2/20/2025

C Estrada, DUSM
Printed Name and Title